# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-795
Lower Tribunal No. 19-1430 SP

————————

**DY Medical Ctr. Corp.,
a/a/o Wilmer Lazo De La Vega,**
Appellant,

vs.

**United Automobile Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellant.

Michael J. Neimand, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See All Fla. Sur. Co. v. Coker, 88 So. 2d 508, 511 (Fla. 1956) ("If a person [who signs his name to an instrument] cannot read the instrument, it is as much his duty to procure some reliable person to read and explain it to him, before he signs it, as it would be to read it before he signed it if he were able to do so, and his failure to obtain a reading and explanation of it is such gross negligence as will estop him [from denying its contents.]" (quoting 12 Am. Jur. Contracts § 137)).